IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01850-CMA
(Criminal Case No. 09-cr-00288-CMA-2)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

2. MICHAEL LEE MONTOYA,

    Defendant-Movant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Order Denying Movant's 28 U.S.C. § 2255 Motion entered by the Honorable Christine M. Arguello (ECF No. 103) on July 16, 2013, the following Judgment is hereby entered.

IT IS ORDERED that:

1. The Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. # 97) is DENIED.

2. The Movant's related civil case, 12-cv-01850, is now DISMISSED.

3. That pursuant to 28 U.S.C. § 2253(c), no certificate of appealability will issue.


Dated at Denver, Colorado this   17th   day of July, 2013.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By:  s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk